CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 17 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **QUENTIN MCLEAN,** | ) | Civil Action No. 7:12cv00432 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **Ms. Pease and Ms. Mullins,** | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g), his request to proceed *in forma pauperis* is **DENIED** as moot, and this case is **STRICKEN** from the court's active docket.

The Clerk is **DIRECTED** to a send certified copy of this order and the accompanying memorandum opinion to plaintiff.

**ENTER:** September 17, 2012.

/s/
UNITED STATES DISTRICT JUDGE